IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-81199-CV-MIDDLEBROOKS/BRANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILFRID ANTOINE,

    Defendant.
_____/

### **ORDER CLOSING CASE**

As a result of the Judgment and Order of Permanent Injunction, it is **ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE.**

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida this 22 day of January, 2016.

                                DONALD M. MIDDLEBROOKS
                                UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of record